## AFFIDAVIT OF MERIT

Vineland 820 N. Main Road, LLC
      Plaintiff,
Vs.

United States Liability Insurance Company,
United States Liability Insurance Group,
Biondi Insurance Agency, Inc. and
Steven Tramontana

      Defendant(s).

UNITED STATES DISTRICT COURT
CAMDEN COUNTY
CASE NO: 1:17-CV-02986-NLH-JS

**Affidavit of Merit**

I, **BENJAMIN F. CLOUD**, of full age, being duly sworn according to law, upon his oath, deposes and says:

1. I am a licensed Agent-Broker and practice as a consultant in the State of Delaware and elsewhere. I hold the following designations: CPCU, CRM, RALU, CIC.

2. I have been practicing for over _50 years_. My area of expertise is Property Casualty Insurance, Workers Compensation and Resolution of Claims problems, as my enclosed resume will confirm. (See enclosed my curriculum vitae - CV).

3. I have no financial interest in the outcome of this case.

4. Based on the records which I have had the opportunity to review and/or the facts of this matter, it is my opinion premised on my experience, skill and knowledge, that the present complaint as brought before the court by the Plaintiff, Vineland 820 N. Main Road, LLC, it is meritorious.

5. That in so pursing there is a reasonable probability that the care, skill or knowledge exercised or exhibited in the handling of *insurance issue at hand* fell outside acceptable *professional standards reasonably expected* by insured of the individuals in charge of such matters.

6. The above is not intended to be my entire opinion in this matter or my entire curriculum vitae (CV). The above is merely intended to be certain minimal information as required by the Affidavit of Merit Statute and has been prepared by counsel for the plaintiff.

I HEREBY CERTIFY that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated:

                      BENJAMIN F. CLOUD

Sworn to and subscribed before me
this 30th day October, 2017
Notary Public
State of
My Commission Expires: 4-28-2018

**Benjamin F. Cloud, JR., CIC, CRM, RPLU, CPCU**
720 Nottingham Road
Wilmington, Delaware 19805
(302) 683-9350 Fax (302) 683-9352
Email: bcloudrmc@aol.com

**Employment**
    2/99-Present
    President
    Risk Managers & Consultants, Ltd., Wilmington, Delaware
    1968-2/99
    Senior Vice President
    J.A. Montgomery, Inc., Wilmington, Delaware

**Education**
    Temple University-Bachelor of Arts
    Major: Finance and Economics

**Military History**
    Sergeant USMC, 1st Lieutenant USA

**Professional Education (partial listing)**
    First person formally trained in all lines of commercial insurance (Cigna)
    Allstate Underwriting Training School
    Aetna Advanced Agency School
    Aetna Loss Control School
    Certified Insurance Counselor (CIC)
    Registered Professional Liability Underwriter (RPLU)
    Certified Risk Managers (CRM)
    Chartered Property & Causality Underwriter (CPCU)

**Licenses**
    Agents
    Brokers
    Excess and Surplus Lines
    Vetted Lloyds Correspondent

**Committees (sample listing)**
    Medical Malpractice Reform Committee
    Medical Malpractice Advisory Council
    National Utility Contractors Association/Surety Liaison Committee
    Chairman/Market Assistance Plan-Delaware
        Enacted legislation via the Insurance Department to address
        Distressed market situation
    AGC-AIA Contract Committee
    Delaware Contractors Association
        Training & Education Committee
        Finance Committee
        Planning Committee
    Associated Builders & Contractors

       Training & Education
       Schuylkill Builders Association
       Workers Compensation Reform Commission

I represented both the insurance industry and Delaware Contractors Association on the commission.

**Professional Associations**
       Professional Insurance Agents Association
       Independent Insurance Agents Association
       National Surety Bond Producers Association
       Society for Risk Managers
       Professional Liability Underwriting Society
       Society for Certified Insurance Counselors
       CPCU Society

Prior to joining J.A. Montgomery, Inc., I worked with Home Insurance, Cigna, and Allstate in various underwriting and marketing positions ranging from Marketing Representative to Territorial Underwriter.

During my tenure with J.A. Montgomery, Inc., I was and Account Executive, Manager of Multi-Peril Department, Manager of Contractor Service Division, General Manager of the Business Insurance Division.

My last position was Senior Vice President and General Manager of all Commercial Insurance Operations, Financial Services, Claims Services, and Branch Operations for the J.A. Montgomery Division of Commerce National Insurance Services.

Currently clients include buyers, agents, carriers, and attorneys I also function as an expert witness and assist attorneys in perfecting their cases.

My consulting experience also includes working with financial institutions ,contractors and developers

I have also taught for several organizations including National Alliance for Insurance Education, ABC and DCA

**Workers Compensation**
       Member of committee responsible for developing Work Place Safety Credit.
       Enacted Self Insured program for Christiana Care.
       Designed Retros, Deductible and Retention plans
       Taught subject for numerous organizations.